DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ISIAH JERMAINE CORBETT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1654

[January 6, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2004CF008209AXXXMB.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

*ON REMAND FROM THE FLORIDA SUPREME COURT*

PER CURIAM.

The Florida Supreme Court quashed this Court's decision in *Corbett v. State*, 253 So. 3d 603 (Fla. 4th DCA 2018), and remanded for reconsideration and application of *Pedroza v. State*, 291 So. 3d 541 (Fla. 2020). We affirm. Under *Pedroza*, Appellant's 30-year prison sentence for a non-homicide offense is not the functional equivalent of a life sentence, and *Graham v. Florida*, 560 U.S. 48, 74 (2010), and *Miller v. Alabama*, 567 U.S. 460 (2020) are not implicated.

*Affirmed.*

CIKLIN, GERBER, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***